UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                CASE NO. 3:14-mj-0014 CMK

vs.                                      ORDER TO PAY

NATHAN KANE MORGAN

The Defendant, having been found guilty of Counts 1 and 2, after entry of a no contest plea thereto, is placed on three years unsupervised probation subject to the following conditions.

1. Defendant shall pay a fine of $1,450.00 and special assessment of $50.00 for a total of $1,500.00.

2. During the term of probation Defendant shall obey all state, federal and local laws.

3. Defendant shall not enter Whiskeytown National Recreation during the term of probation.

DATED: February 2, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE